12866

YOUNG v. PITTS ET AL.

(152 S. E., 640)

December, 1928.

416.

420

424

*Messrs. Dial & Todd,* and *Simpson, Cooper & Babb,* for appellants,

*Messrs. F. P. McGowan,* and *Blackwell, Sullivan & Wilson,* for respondent,

March 25, 1930.

The opinion of the Court was delivered by Mr. Justice Blease.

The decree of his Honor, Circuit Judge Featherstone, appealed from, in this cause, is entirely satisfactory to this Court. It will be reported, and is affirmed.

Mr. Chief Justice Watts and Messrs. Justices Cothran, Stabler and Carter concur.